UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRINA ANGELA ALONZO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; NDEX WEST, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: C-13-01604-PSG<br><br>[The Honorable Paul S. Grewal]<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND DATE TO FILE MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE PORTIONS OF COMPLAINT |

After consideration of the Stipulation of Plaintiff Kirina Angela Alonzo ("Plaintiff") and Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") by and through their respective counsel of record, and good cause appearing therefor, the Court ORDERS as follows:

/ / /

/ / /

/ / /

1.   The parties' stipulation is GRANTED.

2.   Wells Fargo has until April 19, 2013 to file its Motion to Dismiss the Complaint and Motion to Strike Portions of the Complaint.

**IT IS SO ORDERED.**

Dated: 4/17/13

_____
HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DATE TO FILE MOTION TO DISMISS SECOND AMENDED COMPLAINT**

on the interested parties in said case as follows:

**Served Via the Court's CM/ECF System**

*Attorneys for Plaintiff Kirina Angela Alonzo*

Armine Singh, Esq. (#266694)
Anton Abramyan, Esq. (#282531)
ALG & Associates, APC
101 N. Brand Blvd., PH1920
Glendale, CA 91203
Telephone: (818) 230-3205
Facsimile: (818) 446-2162

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on April 16, 2013.

| Rachelle H. Guillory | /s/ Rachelle H. Guillory |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |