UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRINA ANGELA ALONZO, *an individual*;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; NDEX WEST, LLC; and DOES 1 through 20, inclusive.<br><br>Defendants. | CASE NO: C-13-01604-PSG<br><br>*Assigned to the Hon. Paul S. Grewal*<br><br>[~~PROPOSED~~] ORDER TO PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE<br><br>Date:  May 28, 2013<br>Time: 10:00 am<br>Ctrm: 5, 4th Floor |

For good cause showing, IT IS SO ORDERED that Plaintiff's request for telephonic appearance is GRANTED.

IT IS SO ORDERED.

Dated: May 23, 2013

HONORABLE ~~DAVID O. CARTER~~ Paul S. Grewal
UNITED STATED ~~DISTRICT~~ JUDGE
MAGISTRATE

1

[~~PROPOSED~~] ORDER –TO REQUEST FOR TELEPHONIC APPEARANCE